# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAC NICHOLAS RENTERIA,<br><br>    Petitioner,<br><br>    v.<br><br>BEN CURRY, Warden<br><br>    Respondent.<br>_____/ | 1:08-cv-01209-AWI-DLB (HC)<br><br>ORDER VACATING STAY AND ABEYANCE OF PETITION AND DISREGARDING PETITIONER'S MOTION TO AMEND PETITION<br><br>[Docs. 9, 16, 17] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On August 26, 2008, the Court granted Petitioner's motion to stay and hold the petition in abeyance pending exhaustion in the state courts. (Court Doc. 9.)

    Now pending before the Court is Petitioner's motion to life the stay and motion to amend the petition. (Court Docs. 16, 17.) Petitioner indicates that all of his claims have now been exhausted, and the California Supreme Court issued its final decision on February 25, 2009. (Court Doc. 16.) Therefore, the Court will vacate the stay imposed on August 26, 2008.

    With regard to Petitioner's motion to amend, inasmuch as the First Amended Petition was filed in this Court on March 10, 2009, Petitioner's motion to amend the petition is MOOT, and shall be disregarded.[1]

---

[1] In addition, a petitioner may amend a petition for writ of habeas corpus once "as a matter of course," and without leave of Court, before a response has been filed under Federal Rule of Civil Procedure 15(a), as applied to

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The stay imposed on August 26, 2008, is HEREBY VACATED; and,

2. Petitioner's motion to amend the petition is DISREGARDED.[2]


IT IS SO ORDERED.

Dated:   March 17, 2009                    /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE

---

habeas corpus actions pursuant to 28 U.S.C. § 2242 and Rule 11 of the Rules Governing Section 2254 Cases. Calderon v. United States District Court (Thomas), 144 F.3d 618, 620 (9th Cir. 1998); Bonn v. Calderon, 59 F.3d 815, 845 (9th Cir. 1995). Because a response has not yet been filed, Petitioner is free to amend the petition as a matter of course.

[2] In a separate order filed simultaneously herewith, the Court is directing Respondent to file a response to the Amended Petition.

2